THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Randolph Hutto,       
Appellant.
 
 
 

Appeal From Barnwell County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-647
Submitted December 1, 2004  Filed December 
 21, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Randolph Hutto appeals 
 his conviction for voluntary manslaughter, arguing the trial court erred in 
 allowing certain testimony from an investigating officer regarding the officers 
 opinion of Huttos injuries and the cause of the victims death.  Hutto also 
 filed a separate pro se brief, which asserts several jurisdictional, 
 procedural, and substantive exceptions to the trial courts ruling.  After a 
 thorough review of the record, counsels brief, and Huttos pro se 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Huttos appeal 
 under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, 
 JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.